UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ERVINYONE MILLER** | **CIVIL ACTION** |
| **VERSUS** | **NO. 24-2027** |
| **TREMAINE NEVERSON** | **SECTION "O"** |

## ORDER

The Court, having considered the record, the applicable law, the Report and Recommendation[1] of the United States Magistrate Judge, and the failure of the Plaintiff Ervinyone Miller to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the Magistrate Judge and adopts it as its opinion in this matter.

Accordingly,

**IT IS ORDERED** that Miller's complaint be **DISMISSED WITH PREJUDICE** for failure to state a claim upon which relief can be granted under 28 U.S.C. 1915(e)(2)(B).

New Orleans, Louisiana, this 18th day of November, 2024.

                                                            _____
                                                            BRANDON S. LONG
                                                            UNITED STATES DISTRICT JUDGE

---

[1] ECF No. 4.